THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JEROME HARRIS, Petitioner-Appellant.

(No. 56755;

First District (5th Division)—March 2, 1973.

PER CURIAM.

Saul R. Leibowitz, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Ronald F. Neville, Assistant State's Attorneys, of counsel,) for the People.